UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YANG, RONG HUA (A216-089-001),

                        Plaintiff,

      v.

MARKWAYNE MULLIN, in his
official capacity as Secretary of
Department of Homeland Security;
JOSEPH B. EDLOW, in his
official capacity as Director of
U.S. Citizenship and Immigration
Services,

                        Defendants.

------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-2090

(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       June 8, 2026

NORMAN KWAI WING WONG
LAW OFFICE, P.C.
*Counsel for Plaintiff*
2 Mott Street
Ste 607
New York, New York 10013

By:    */s/ Norman Wong*
       Norman Wong, Esq.
       (212) 226-3380
       nkwonglaw@yahoo.com

SO ORDERED.   /s/ ROBERT M. LEVY

6/15/26   **Robert M. Levy**
         **United States Magistrate Judge**

Dated: Brooklyn, New York
  June 8, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Omar J. Siddiqi*_____
  Omar J. Siddiqi
  Assistant U.S. Attorney
  (718) 254-6198
  Omar.Siddiqi@usdoj.gov